### Ex parte JOHN DAVID CONLEY.

No. A-9037. Jan. 9, 1937.
(66 Pac. [2d] 110.)

Lynn W. Norman, for petitioner.

Mac Q. Williamson, Atty. Gen., and Sam Lattimore, Asst. Atty. Gen., for the State.

PER CURIAM. This case presents the same question as Ex part Marvin Worley, 60 Okla. Cr. 384, 66 Pac. (2d) 107, just decided, and on the authority of that case the writ is denied.